THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Adrienne M.,
 William D., Ernest M. and Stephanie M., Defendants,
 of whom Ernest
 M. and Stephanie M. are Appellants.
 In the interest
 of a minor child under the age of 18.
 
 
 

Appeal From Greenville County
R. Kinard Johnson, Jr., Family Court Judge
Unpublished Opinion No. 2009-UP-176
Submitted April 1, 2009  Filed April 28,
 2009    
AFFIRMED

 
 
 
 Thomas Oliver Mobley, of Greenville, for Appellants.
 Deborah  Murdock, of Mauldin, for Respondent.
 Robert A. Clark, of Greenville, for Guardian Ad Litem.
 
 
 

PER
 CURIAM: Ernest M. and
 Stephanie M. appeal the family court's order (1) finding Mother's minor child
 (Child) suffered physical injuries; (2) granting the South Carolina Department
 of Social Services (DSS) temporary custody of Child; (3) relieving DSS of
 making reasonable efforts to reunite or preserve Child's family; and (4)
 approving the permanency plan recommended for Child by DSS.  We affirm pursuant to Rule 220(b), SCACR, and the
 following authorities: South Carolina Code Ann. § 63-7-20(18) (Supp. 2008)
 (Physical injury means death or permanent or temporary disfigurement or
 impairment of any bodily organ or function."); § 63-7-1640(C) (Supp. 2008)
 (stating the family court may authorize DSS to forego reasonable efforts or
 reunify the family when the court determines the parent has subjected the child
 to severe or repeated abuse or neglect); § 63-7-1640(F) (Supp. 2008) ("In
 determining whether to authorize the department to terminate or forego
 reasonable efforts to preserve or reunify a family, the court must consider
 whether initiation or continuation of reasonable efforts to preserve or reunify
 the family is in the best interests of the child.").
AFFIRMED.[1]
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.